RONALD O. KAYE (No.145051)
CAITLIN S. WEISBERG (No. 262779)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: rok@kmbllp.com
E-mail: cweisberg@kmbllp.com

Attorneys for Plaintiff,
JOHN KRAJACIC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRAJACIC,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY DAVID HERNANDEZ, THE COUNTY OF LOS ANGELES AND DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. CV 11-02403 GAF (JCGx)<br><br>Honorable Gary A. Feess<br><br>[PROPOSED] PROTECTIVE ORDER TO PRESERVE CONFIDENTIALITY OF MEDICAL RECORDS AND INFORMATION<br><br>NOTE CHANGES MADE BY THE COURT |

Having reviewed and considered the Stipulation for Protective Order to Preserve Confidentiality of Medical Records and Information, good cause having been shown pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, IT IS ORDERED that confidential medical information disclosed by Plaintiff during discovery in this action is protected from further disclosure and use, as follows:

1.  Defendants have obtained and intend to obtain in the future medical records of Plaintiff and medical information about Plaintiff through discovery in this action. This stipulation and order is intended to preserve the confidentiality of those

1

1. medical records, the information obtained in them, and any other medical information about plaintiff disclosed by plaintiff in discovery.

2. Defendants and their attorneys of record shall only use the medical records of plaintiff obtained through discovery in this case, the information contained in them, and any other medical information about plaintiff disclosed by plaintiff in discovery for purposes of the present lawsuit.

3. Defendants and their attorneys of record shall not show or disclose any medical records of plaintiff or any medical information about plaintiff obtained through discovery in this case to anyone other than the parties; their respective attorneys of record; legal associates, paralegals and office staff employed by the parties' attorneys; medical consultants and experts retained or consulted for purposes of this litigation; and witnesses being deposed.

4. Before showing or disclosing any medical records of Plaintiff or any medical information about Plaintiff obtained through discovery in this case to any person permitted by Paragraph 3 to obtain such information, counsel for Defendants shall obtain the written agreement of that person to be bound by the terms of this stipulation and order; to maintain the confidentiality of the medical records or information protected by this stipulation and order; and to refrain from disclosing Plaintiff's medical information or medical records to any third person.

5. If the parties in this case file with the Court any medical records protected by this stipulation and order, or file any papers containing information from those medical records or other medical information about plaintiff obtained through discovery, the medical records or other papers shall be filed under seal, *in accordance with the rules of this Court and* with a notation that those medical records or other papers are confidential and shall not be disclosed to anyone other than Court personnel. *See L.R. 79-5.1.* **JCG**

//
//
//

2

1      6.     This stipulation and protective order shall remain in effect permanently, and shall continue in effect even after this case is finally resolved.

IT IS SO ORDERED.

Dated: January 24, 2012

                                 Jay C. Gandhi
_____
Honorable ~~Gary A. Feess~~ Jay C. Gandhi
United States ~~District Court~~ Judge Magistrate