1  RONALD O. KAYE (No.145051)
   CAITLIN S. WEISBERG (No. 262779)
2  KAYE, McLANE & BEDNARSKI
   234 E. Colorado Blvd. Suite 230
3  Pasadena CA 91101
   Telephone: (626) 844-7660
4  Facsimile: (626) 844-7670
   E-mail: rok@kmbllp.com
5  E-mail: cweisberg@kmbllp.com

6  Attorneys for Plaintiff,
   JOHN KRAJACIC

7

8
                  UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10

11
   JOHN KRAJACIC,                    CASE NO. CV 11-02403 GAF (JCGx)
12
              Plaintiff,             Honorable Gary A. Feess
13

14    v.                            [PROPOSED] PROTECTIVE ORDER
                                    TO PRESERVE CONFIDENTIALITY
15 DEPUTY DAVID HERNANDEZ,          OF MEDICAL RECORDS AND
16 THE COUNTY OF LOS ANGELES        INFORMATION
17 AND DOES 1 THROUGH 10,
   inclusive,
18                                  NOTE CHANGES MADE BY THE COURT
19            Defendants.

20
21      Having reviewed and considered the Stipulation for Protective Order to
22 Preserve Confidentiality of Medical Records and Information, good cause having
23 been shown pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, IT IS
24 ORDERED that confidential medical information disclosed by Plaintiff during
25 discovery in this action is protected from further disclosure and use, as follows:
26      1.    Defendants have obtained and intend to obtain in the future medical
27 records of Plaintiff and medical information about Plaintiff through discovery in this
28 action. This stipulation and order is intended to preserve the confidentiality of those

1

1  medical records, the information obtained in them, and any other medical

2  information about plaintiff disclosed by plaintiff in discovery.

3      2.    Defendants and their attorneys of record shall only use the medical

4  records of plaintiff obtained through discovery in this case, the information

5  contained in them, and any other medical information about plaintiff disclosed by

6  plaintiff in discovery for purposes of the present lawsuit.

7      3.    Defendants and their attorneys of record shall not show or disclose any

8  medical records of plaintiff or any medical information about plaintiff obtained

9  through discovery in this case to anyone other than the parties; their respective

10  attorneys of record; legal associates, paralegals and office staff employed by the

11  parties' attorneys; medical consultants and experts retained or consulted for

12  purposes of this litigation; and witnesses being deposed.

13      4.    Before showing or disclosing any medical records of Plaintiff or any

14  medical information about Plaintiff obtained through discovery in this case to any

15  person permitted by Paragraph 3 to obtain such information, counsel for Defendants

16  shall obtain the written agreement of that person to be bound by the terms of this

17  stipulation and order; to maintain the confidentiality of the medical records or

18  information protected by this stipulation and order; and to refrain from disclosing

19  Plaintiff's medical information or medical records to any third person.

20      5.    If the parties in this case file with the Court any medical records

21  protected by this stipulation and order, or file any papers containing information          JCG

22  from those medical records or other medical information about plaintiff obtained    in accordance

23  through discovery, the medical records or other papers shall be filed under seal, with    with the rules of

24  a notation that those medical records or other papers are confidential and shall not    this Court and

25  be disclosed to anyone other than Court personnel. See L.R. 79-5.1.

                                      JCG

26  //

27  //

28  //

1    6.    This stipulation and protective order shall remain in effect permanently,

2  and shall continue in effect even after this case is finally resolved.

3

4  IT IS SO ORDERED.

5

6  Dated: January 24, 2012

7

8

**Jay C. Gandhi**

Honorable ~~Gary A. Feess~~ Jay C. Gandhi

United States ~~District Court~~ Judge Magistrate

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3