JS-6

RONALD O. KAYE (No.145051)
KAYE, McLANE & BEDNARSKI
234 E. Colorado Blvd. Suite 230
Pasadena CA 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
E-mail: rok_kmb@earthlink.net
            kevinlahue@gmail.com

Attorneys for Plaintiff,
JOHN KRAJACIC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRAJACIC,<br><br>             Plaintiff,<br><br>    vs.<br><br>DEPUTY DAVID HERNANDEZ,<br>THE COUNTY OF LOS ANGELES<br>AND DOES 1 THROUGH 10,<br>inclusive,<br><br>          Defendants,<br>_____ | CASE NO. CV 11-02403 GAF (JCGx)<br><br>**ORDER** |

## <u>ORDER</u>

GOOD CAUSE HAVING BEEN SHOWN, pursuant to the stipulation filed by the parties, IT IS HEREBY ORDERED that the above referenced action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and each party to bear its own fees and costs except as otherwise set forth in the parties' settlement agreement and release.

DATED:     12/13/12

_____
HONORABLE GARY ALLEN FEESS
United States District Judge