JS-6

1  RONALD O. KAYE (No.145051)
   KAYE, McLANE & BEDNARSKI
2  234 E. Colorado Blvd. Suite 230
   Pasadena CA 91101
3  Telephone: (626) 844-7660
   Facsimile: (626) 844-7670
4  E-mail: rok_kmb@earthlink.net
           kevinlahue@gmail.com
5
   Attorneys for Plaintiff,
6  JOHN KRAJACIC

7

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

| JOHN KRAJACIC, | ) | CASE NO. CV 11-02403 GAF (JCGx) |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DEPUTY DAVID HERNANDEZ, THE COUNTY OF LOS ANGELES AND DOES 1 THROUGH 10, inclusive, | ) | |
| Defendants, | ) | |
| _____ | ) | |

18

19

20                        **ORDER**

        GOOD CAUSE HAVING BEEN SHOWN, pursuant to the stipulation filed
by the parties, IT IS HEREBY ORDERED that the above referenced action is
dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
Procedure, and each party to bear its own fees and costs except as otherwise set
forth in the parties' settlement agreement and release.

DATED:     12/13/12         _____
                            HONORABLE GARY ALLEN FEESS
                            United States District Judge